# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 9/24/2021   INDEX NO.: 1:21-CV-05215-LDH-JRC

JASON CAMACHO, for himself and on behalf of all other persons similarly situated    Plaintiff(s)-Petitioner(s)

-vs-

THE MORTON GALLERY LLC

Defendant(s)-Respondent(s)

STATE OF NEW YORK    }
COUNTY OF SARATOGA   ss.}

I, MARK E. MCCLOSKY, being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On SEPTEMBER 24, 2021 at 2:00 P.M. Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND JURY DEMAND,**

bearing index number: 1:21-CV-05215-LDH-JRC and date of filing: 9/24/2021
upon **THE MORTON GALLERY LLC**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 1 copy with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under 304 LLC. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address 115 SOUTH 13TH STREET PHILADELPHIA, PA 19107 on 9/24/2021. The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail X registered mail X return receipt requested. Notice of service upon the Secretary of State was enclosed. Certified/Registered mail # RE 674922357US

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE    Race/Skin Color: WHITE    Hair Color: BROWN
Approximate Age: 55 years    Approximate Height: 5'3"    Approximate Weight: 130 pounds
Other:

Subscribed and sworn before me on} SEPTEMBER 24, 2021

_____
Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
    241543
NLS #: 21-9400

_____
MARK E. MCCLOSKY
Deponent

FIRM FILE # 1367